**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| NIKOLE HARRISS, | ) | |
| | ) | Case No. 1:26-cv-177 |
| *Plaintiff,* | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Dumitru |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

On July 9, 2026, United States Magistrate Judge Mike J. Dumitru filed a Report and Recommendation [Doc. 5] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's application for leave to proceed *in forma pauperis* [Doc. 2] be denied, that Plaintiff be given fourteen days to pay the filing fee in full, and that if Plaintiff does not timely pay the filing fee, her case be dismissed. [Doc. 5]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 5]. Plaintiff's application for leave to proceed *in forma pauperis* [Doc. 2] is **DENIED**. Plaintiff **SHALL** pay the

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 5 at 2 n.2); *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

full filing fee to the Court **on or before August 7, 2026**. If Plaintiff fails to pay the full filing fee by this date, the Court will dismiss this action.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2